UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-409-PSG (KS)                                    Date: August 18, 2020

Title      *Brian Keith Barnett v. Connie Gipson et al*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 15, 2020, Plaintiff, a California state prisoner who is proceeding *pro se* and, as of April 6, 2020, *in forma pauperis*, filed a civil rights complaint (the "Complaint").  (Dkt. No. 1; *see also* Dkt. No. 14.)  The Complaint alleged gender-based discrimination and violations of Plaintiff's religious rights under the U.S. Constitution, the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc, *et seq.*, and, *inter alia*, the California Constitution.  (Complaint at 5-6D.)  On April 15, 2020, the Court dismissed portions of the Complaint with leave to amend and directed Plaintiff to either file a First Amended Complaint or a Notice of Voluntary Dismissal.  (Dkt. No. 15.)  On April 30, 2020, Plaintiff filed a First Amended Complaint (the "FAC"), which is now the operative pleading.  (Dkt. No. 18.)

On May 11, 2020, the Court directed service of the First Amended Complaint.  (Dkt. Nos. 20-22.)  The Court also ordered Plaintiff to  file, no later than June 10, 2020, copies of the USM-285 forms he has submitted to the United States Marshal.  (Dkt. No. 21.)  The Court subsequently extended Plaintiff's deadline for filing copies of the USM-285 forms to July 28, 2020.  (Dkt. Nos. 25, 30-31.)

Three weeks have now passed since Plaintiff's July 28, 2020 deadline for filing copies of the USM-285 forms, and the Court has not received copies of Plaintiff's completed USM-285 forms.  Accordingly, the Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-409-PSG (KS)                                      Date: August 18, 2020

Title      *Brian Keith Barnett v. Connie Gipson et al*


However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before September 8, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute and comply with court orders.  If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> of the following:

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

                                                                                    :
**Initials of Preparer**   gr