O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN KEITH BARNETT,**<br>    Plaintiff,<br>  v.<br>**CONNIE GIPSON, et al.**,<br>    Defendants. | NO. 2:20-cv-00409-MEMF (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Brian Keith Barnett's ("Barnett") Second Amended Complaint (ECF No. 65), all of the records herein, Defendants C. Gipson ("Gipson") and C. Richey's ("Richey", collectively "Defendants") Motion to Dismiss (ECF No. 67), Barnett's corresponding Reply (ECF No. 77), and the Report and Recommendation of United States Magistrate Judge ("Report") (ECF No. 80). Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, the Court ORDERS as follows:

1. The Motion to Dismiss as to Richey with respect to the First Amendment retaliation claim is DENIED;

2. The Motion to Dismiss as to Gipson with respect to the First Amendment retaliation claim is GRANTED; and

3. Defendants shall file an Answer to the SAC on the following remaining claims within fourteen (14) days of this Order:

    a. The equal protection claim as to both Defendants;

    b. The Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc, claim as to both Defendants;

    c. The First Amendment retaliation claim as to Richey; and

    d. The free exercise claim as to Defendant Gibson.

IT IS SO ORDERED.

Dated: March 30, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge