UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   CV 20-409-MEMF (KS) | Date:  March 18, 2024 |
| Title   _Brian Keith Barnett v. Connie Gipson et al_ | |

Present: The Honorable:  Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME [DKT. NO. 93]**

On January 31, 2024, Defendants filed a motion requesting that the Court continue the responsive pleading deadline by 90 days and issue an Order to Show Cause for Plaintiff to appear and explain why the case should not be dismissed as a result of his failure to prosecute ("Motion").  (Dkt. No. 93.)  On February 1, 2024, the Court issued a briefing schedule ordering Plaintiff to file and serve an Opposition to the Motion no later than February 21, 2024.  (Dkt. No. 94.)

Plaintiff's Opposition is now nearly one month past due.  Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting . . . of the motion."  Further, pursuant to Federal Rule of Civil Procedure 41(b), an action may be subject to involuntary dismissal if a plaintiff or petitioner "fails to prosecute or to comply with these rules or a court order."  Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to oppose the Motion and timely comply with the Court's order.

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before April 18, 2024** why the action should not be dismissed under Local Rule 7-12 and Federal Rule of Civil Procedure 41(b).  In order to discharge this Order and proceed with this action, Plaintiff must file by **April 18, 2024** either:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-409-MEMF (KS)                                              Date:  March 18, 2024

Title        *Brian Keith Barnett v. Connie Gipson et al*

(1) an opposition to the Motion in compliance with the Local Rules and this Court's order; or

(2) a request for an extension to file an opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Plaintiff's failure to timely respond to the Motion.

<u>Alternatively</u>, Plaintiff may discharge this order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**Plaintiff is cautioned that the failure to timely comply with this order may lead to a recommendation of dismissal based on Local Rule 7-12 and Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |