# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN KEITH BARNETT, | ) | NO. CV 20-00409 MEMF (KS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CONNIE GIPSON, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Complaint, the May 22, 2024 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and under Local Rule 41-6.

IT IS SO ORDERED.

DATED: September 25, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE