JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH BARNETT, | NO. CV 20-00409 MEMF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CONNIE GIPSON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 25, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE